| | | | |
|---|---|---|---|
| 13-30332 Donovan | CL1 Utilities Inc c/o Michael S Neall & Associates PC 147 Old Solomon's Island Road Ste 400 Annapolis MD 21401 | | $2,106.05 |
| 13-30332 Donovan | Timothy Donovan Sr. Revocable Trust Coleen Donovan, Trustee 3702 Carrol Drive Edgewater, MD 21037 | | $1.00 |